

# NUMBER 13-21-00001-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE DERUITER RANCH, LLC

---

### On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

On January 4, 2021, relator DeRuiter Ranch, LLC (DeRuiter) filed a petition for writ of mandamus through which it asserts that the trial court abused its discretion in preventing DeRuiter from obtaining discovery pertaining to "public use" in a statutory condemnation proceeding. *See* TEX. UTIL. CODE ANN. § 181.004 ("A gas or electric corporation has the right and power to enter on, condemn, and appropriate the land, right-of-way, easement, or other property of any person or corporation."); TEX. CONST. art. I, §17(a) ("No person's property shall be taken, damaged, or destroyed for or applied to public use without adequate compensation being made . . . .").

The Court requests that the real party in interest, Permian Highway Pipeline LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th  day of January, 2021.